```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NICOLLE BESUDEN,

          Plaintiff,

    -against-                           21-cv-8452 (LAK)

THE CITY OF NEW YORK, et al.,

          Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       This action is dismissed insofar as it is brought against the New York City Police Department, which is not a suable entity. *E.g., Longe v. City of New York,* 802 Fed. Appx. 635 (2d Cir. 2020); *Jenkins v. City of New York,* 478 F.3d 76, 93 n.19 (2d Cir. 2007).

       SO ORDERED.

Dated:     October 14, 2021

                                                   Lewis A. Kaplan
                                            United States District Judge