

**HON. SYLVIA O. HICKS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Nadine Ibrahim**
*Senior Counsel*
Phone: (212) 356-5037
Fax: (212) 356-1148
nibrahim@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-4-22

April 1, 2022

**BY ECF**
Honorable Lewis A. Kaplan
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:  Nicolle Besuden v. City of New York, et. al.,
     21-CV-8452 (LAK)(SLC)

Your Honor:

I am Senior Counsel in the office of Hon. Sylvia O. Hicks-Radix, Corporation Counsel of the City of New York (the "Office), and the attorney assigned to the defense of the above-referenced matter. Defendants write to respectfully request an adjournment of the Initial Pre-trial Conference currently scheduled for April 25, 2022 at 2:30 p.m. due to a scheduling conflict. This is defendants' first request for an adjournment of the conference, and it is not expected to interfere with any deadlines in the case. Plaintiff's counsel consents to the adjournment.

The parties are available for a conference April 27, April 28 and April 29, 2022, or any day thereafter that is convenient to the court; except that plaintiff's counsel will be unavailable the first week in May. The undersigned apologizes to the Court for any inconvenience this may cause.

Additionally, defendants seek a conference with the court for the purpose of discussing narrowing the issues in this case. Defendants will be prepared to discuss narrowing of the issues at the Initial Conference.

Accordingly, defendants respectfully request that the initial conference on April 25, 2022, be adjourned to a date convenient to the Court.

Respectfully submitted,

HON. SYLVIA O. HICKS-RADIX
Corporation Counsel of the
City of New York

*Adjourned to 4/27/22 at 10:30 a.m.*
SO ORDERED
LEWIS A. KAPLAN, USDJ
4-4-22

*Attorney for Defendants*
100 Church Street, Room 3-187
New York, New York 10007
(212) 356-5037
nibrahim@law.nyc.gov

*Nadine Ibrahim* /s/
Nadine Ibrahim, Esq.
*Senior Counsel*
Special Federal Litigation Division

cc: By ECF
Tahani Aboushi, Esq.
*Attorney for Plaintiff*