UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLLE BESUDEN,

                Plaintiff,

-v-

CITY OF NEW YORK, et al.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8452 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 17, 2022, the Honorable Lewis A. Kaplan referred this action to the undersigned for general pretrial supervision and dispositive motions, including Defendants' partial motion to dismiss (ECF No. 35 (the "Motion")). (ECF No. 39). In support of the Motion, Defendants rely on 21 videos captured by the body-worn cameras of several New York City Police Department officers. (See ECF No. 41 ¶¶ 2–6, 8–20, 22–24 (the "Videos")). According to Defendants, "[t]he parties have agreed to keep [the] [V]ideo[s] confidential for the purpose of this [M]otion" (ECF Nos. 41-1 at 43 n.2) and, as a result, Defendants have not filed the Videos on the public docket. Filing under seal, however, "requires permission of the Court." Individual Pracs. of Sarah L. Cave, ¶ I.G; see also Individual Pracs. of Lewis A Kaplan, pp. 4–5. Accordingly, by **August 29, 2022**, Defendants shall file a motion or letter-motion for permission to file the Videos under seal.

Dated:     New York, New York
             August 23, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge