UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLLE BESUDEN,

                      Plaintiff,

-v-                             CIVIL ACTION NO.: 21 Civ. 8452 (LAK) (SLC)

CITY OF NEW YORK, et al.,             **SEALING ORDER**

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

In support of their partial motion to dismiss (ECF No. 35), Defendants rely on 21 videos captured by the body-worn cameras of several New York City Police Department officers. (See ECF No. 41 ¶¶ 2–6, 8–20, 22–24 (the "Videos")). With Plaintiff's consent, Defendants request permission to submit the Videos under seal, in order to protect the interests of non-party arrestees depicted in the Videos. (ECF No. 44 (the "Request")).

The Request is GRANTED. The Videos, which Defendants submitted directly to Chambers, shall not be publicly filed at this time.

The Clerk of Court is respectfully directed to close ECF No. 44.

Dated:       New York, New York
               August 30, 2022                            SO ORDERED.

                                                               _____
                                                               SARAH L. CAVE
                                                               United States Magistrate Judge