UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLLE BESUDEN,

                Plaintiff,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8452 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 3, 2023, the Court directed the parties to file a joint letter (the "Letter") reporting on the status of their mediation efforts by April 17, 2023. (ECF No. 68). The parties did not file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **April 19, 2023**.

Dated:      New York, New York
             April 18, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**