# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor**
**New York, NY 10018**
**Telephone: (212) 391-8500**
**www.Aboushi.com**

---

April 18, 2023

Honorable Sarah L. Cave
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

        Re:    Nicolle Besuden v. City of New York, et al.
                  21 CV 08452 (LAK) (SLC)

Dear Hon. Judge Cave,

      We represent the Plaintiff in the above captioned matter and write jointly with defense counsel to update the court on the status of settlement per the court's April 3rd Order Dkt. No. 68 and today's order, Dkt. No. 69.

      Our sincere apologies for missing the April 17th deadline to update the court. It was our misunderstanding that the mediator would report the status to the court based upon concluding conversations at the close of mediation.

      Nonetheless, the mediation was successful and this matter has settled. An agreement in principle has been signed by the parties and Plaintiff is awaiting settlement paperwork from Defendants to formally conclude this matter.

      We thank Your Honor for your time and attention to this matter.

                                                    Respectfully,

                                               /s/
                                        Tahanie A. Aboushi, Esq.
                                        *Counsel for Plaintiff*

                                               /s/
                                          KellyAnne Holohan, Esq.
                                          *Counsel for Defendants*