UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

NICOLLE BESUDEN,

                                              Plaintiff,

-against-

THE CITY OF NEW YORK, MAYOR BILL DE BLASIO,
NYPD COMMISSIONER DERMOT SHEA, NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN, LIEUTENANT
MICHELE IRIZARRY, CAPTAIN O'HARE, NYPD
DEPUTY INSPECTOR ELIAS J. NIKKAS, NYPD CAPTAIN
JULIO DELGADO, NYPD CAPTAIN MICHAEL JOHN,
POLICE OFFICER YU JIAN, POLICE OFFICER JOHN
DOE, POLICE OFFICER PATRICK CONNOLLY, POLICE
OFFICER CARDENAS, POLICE OFFICER EDWARD
CASACELI AND POLICE OFFICERS JOHN DOES #1-13,
                                              Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21 Civ. 08452 (LAK) (SLC)

        **WHEREAS,** plaintiff and defendants City of New York, Bill de Blasio, Dermot Shea, Terence Monahan, Maria Hernandez, Robert O'Hare, Elias Nikka, Julio Delgado, Michael John, Jian Yu, Patrick Connolly, Vicente Cardenas, Michele Irizarry, and Edward Casaceli (hereinafter "City Defendants") have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice against City Defendants; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       5/12, 2023

**THE ABOUSHI LAW FIRM**
*Attorney for Plaintiff*
1441 Broadway, Ste 5036
New York, N.Y. 10018
(212) 391-8500

By: _____
Tahanie A. Aboushi
*Attorney for Plaintiff*

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
City of New York
*Attorney for City Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
KellyAnne Holohan
*Senior Counsel*

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
Dated: _____, 2023

2